AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RICHARD MAGNO,<br><br>Defendant(s) | ) <br>) <br>) Case No. 20-8251-BER<br>) <br>) <br>) |

**CRIMINAL COMPLAINT**

FILED BY _____TM_____ D.C.

Jul 22, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____see complaint affidavit_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Antony Diez, HSI
_____
Printed name and title

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed. R. Crim. P. 4(d) & 4.1.

Date: July 22, 2020

_____
Judge's signature

City and state: _____West Palm Beach, FL_____

Bruce Reinhart, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

Your affiant, Antony E. Diez, being duly sworn, does hereby depose and state as follows:

1. I, Antony E. Diez, herein after referred to as Affiant, being duly sworn, deposes and state, that I am a Special Agent with the United States Homeland Security Investigations, Department of Homeland Security and have been employed by the U.S. Government as a Special Agent since December 5, 2011. My primary duties are the investigation of violations of Titles 8, 18, 19, and 21 of the United States Code. As such, I have received specialized training in immigration laws, fraudulent schemes, alien smuggling, transporting narcotics, dangerous drugs, child exploitation, and other contraband prohibited by law. As a Special Agent with Homeland Security Investigations, I have gained this knowledge as a result of both professional training and professional experience. I have also completed additional specialized training at the Federal Law Enforcement Training Center in Glynco, Georgia which included extensive training in child exploitative investigation. My past law enforcement experience includes approximately three years as a Department of the Army Police Officer and three additional years as a Commissioned Officer in the United States Army Military Police Corps. I hold a bachelor's degree in Criminal Justice from Florida International University.

2. Among my responsibilities as a Special Agent are investigating crimes against children, particularly offenses involving enticement of and exploitation of children, including but not limited to matters related to the sexual exploitation of minors, and offenses in violation of Title 18, United States Code, Sections 2252, et. seq. I have

1

attended and received specialized training in this area of law enforcement, and have both personally investigated, as well as assisted, in investigations involving the exploitation of children.

3. The facts set forth in this affidavit are based in part on my personal knowledge, information obtained throughout this investigation by others, including other law enforcement officers, and information gained from my training and experience. I am familiar with the facts and circumstances of this investigation. I have received training in the area of child exploitation through the HSI.

4. I am investigating the criminal activities of Richard MAGNO ("MAGNO"). This affidavit is made in support of a complaint for violations of Title 18, United States Code, Section 2252 (Certain activities relating to material involving the sexual exploitation of minors-Possession of Child Exploitative Material (CEM)). The statements in this affidavit are based in part on information provided to me by other law enforcement officers and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing the complaint, I have not included each and every fact known to me concerning this investigation.

5. In 2017 HSI identified a fee-based, commercial child exploitation website (CEW); referred to as Website "M" or "Members Only". This website was identified after a consensual interview of a suspect in a child exploitation investigation. The interview resulted in HSI Special Agents (SA) assuming this suspect's online identity on Website M. Additionally, HSI SAs received consent and took over the e-mail account which the suspect used to register for the CEW. A preliminary review of the images and videos

displayed as samples on Website M indicated approximately one-third of the images and over one-half of the videos offered for download depicted prepubescent and pubescent males and females engaged in sexual activity with adults and/or posed in a sexually explicit manner.

6. HSI was able to identify over 130 domestic targets which were believed to have downloaded CEM from Website "M". Richard MAGNO is believed to be one of these targets and suspected of having traded/purchased child pornography due to his billing information being utilized to make the online purchases of CEM.

7. A review of MAGNO's purchasing history through Website M indicated 26 individual purchases which were made between November 8, 2017 through April 16, 2018. The purchase price was listed as $89.00 USD, all totaling $2,314.00 USD. The file names were listed as: AJAX SCRIPT 13, AJAX SCRIPT 19, AJAX SCRIPT 22, AJAX SCRIPT 24, AJAX SCRIPT 25, AJAX SCRIPT 29, AJAX SCRIPT 60, AJAX SCRIPT 61, AJAX SCRIPT 66, AJAX SCRIPT 68, AJAX SCRIPT 70, AJAX SCRIPT 71, AJAX SCRIPT 73, AJAX SCRIPT 77, AJAX SCRIPT 78, AJAX SCRIPT 79, AJAX SCRIPT 81, AJAX SCRIPT 82, AJAX SCRIPT 83, JAVA SCRIPT 20, PERL SCRIPT 137, PERL SCRIPT 205, PERL SCRIPT 78, PERL SCRIPT 88, PERL SCRIPT 270, and RUBY SCRIPT 27. A review of the files showed them to all contain images and videos of CEM.

8. The 26 individual transactions were listed under MAGNO's account with billing information in MAGNO's name, with an email address, phone number, and physical address.

9. A review of Website M's billing history and payment information showed two

of the purchases (dated on August 16, 2017 and October 14, 2017) of files AJAX SCRIPT 46 and PERL SCRIPT 212 were made utilizing a Mastercard ending in 8786.

10. Records for MAGNO's Citibank credit card ending in 8786 showed the following transactions:

| Date: | Description: | Contact Info: | Amount: |
|---|---|---|---|
| 11/08/17 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 11/21/17 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 12/20/17 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 12/28/17 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 01/02/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 01/17/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 02/01/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 02/14/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 02/17/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 02/19/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 02/20/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 02/20/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 02/23/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 03/02/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 03/14/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 04/10/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 04/11/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 04/13/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |
| 04/16/18 | FS *FSPRG.COM | 877-327-8914 CA | $ 89.00 |

11. Online searches for Richard MAGNO's last known addresses indicated a possible address in Boca Raton, FL (which did not match MAGNO's billing information above). Surveillance conducted at the address indicated multiples males living in the residence.

12. On July 22, 2020, HSI SAs conducted a knock-and-talk at the identified

address in Boca Raton, FL. As a result of the knock and talk, SAs were able to identify Richard MAGNO as a resident and conducted a consensual interview. During the course of the interview, MAGNO provided SAs verbal and written consent to search his electronic devices.

13. A search of MAGNO's personal effects showed he was in possession of a Citi Cards credit card ending in 8786. MAGNO identified the credit card as his and reaffirmed that it has been in his sole possession since it was issued. Furthermore, MAGNO stated that he does not share his credit card information with any other individuals.

14. During a field search of MAGNO's desktop computer, it was found to contain CEM. A review of the file titled "12 y/o" showed multiple still images of the video. The images depicted a pre-pubescent female, fully nude, in sexually suggestive poses. Other images in the series showed the child's genitals as the central depiction of the image. At that time, SAs stopped the interview in order to read MAGNO his *Miranda* warnings. MAGNO stated that he understood his rights and freely waived them, and signed a Department of Homeland Security Rights Waiver Form.

15. The following is a paraphrased summary of the post-*Miranda* Interview of Richard MAGNO:

a. MAGNO stated that on or about 2017 he utilized a website to purchase CEM. He stated that he utilized multiple credit cards to make the purchases depending on his credit card's spending limits. He also confirmed that has utilized his credit card ending in 8786 to make purchases of CEM from the website in question.

b. He stated that he purchased folders based on previews of CEM in age ranges of 2 to 17 years of age.

c. He stated that since 2017, he has accumulated over 1 Terabyte (TB) of CEM material which he stores on his Seagate External Hard drive. He estimates there to be "thousands of images and videos on there".

d. He stated that he used the images in order to sexually gratify himself. He also stated that as recently as last week, he viewed and downloaded CEM to his hard drive.

Based on the above information, I believe that probable cause exists that defendant, Richard MAGNO did commit the offense of possession of Child Exploitative Material in Palm Beach County, Florida, in violation of Title 18, United States Code, Section 2252(a)(4)(B), that is, the defendant did knowingly possess in interstate commerce by any means, including by computer, any visual depiction, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

Special Agent Antony E. Diez
Homeland Security Investigations

Sworn and attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1, this 22 day of July 2020 in West Palm Beach, Florida.

HON. BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-8251-BER

UNITED STATES OF AMERICA

vs.

RICHARD MAGNO,
         Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  Yes ___  No _X_

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No _X_

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  Yes ___  No _X_

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _/s/ Susan Osb_____
Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003